IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   10-mj-00025-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TIMOTHY J. GREER,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   November 02, 2010

      Change of Plea is set for November 17, 2010 at 1:30 p.m.