IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:  10-mj-00025-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY J. GREER,

    Defendant.

---

### ORDER RE:  MOTION FOR AN EXTENSION OF TIME TO PAY FINE

---

On April 27, 2011 Timothy Greer was sentenced by this Court to five days incarceration in Mesa County Jail, which jail sentence the Defendant has served, and to a fine of $1,600.00 due no later than October 31, 2011.

By letter received by the Court on October 17, 2011, and attached here to as exhibit A, Defendant Timothy Greer requested an extension of one year to pay the fine imposed in this matter.

On October 21, 2011, Defendant called the Court inquiring of the status of his request for extension of time to pay the fine.

This matter is set for hearing on Defendant's request for an extension of time to pay the fine on November 15, 2011 at 3:00 p.m. MST.  Defendant resides in Scottsdale, Arizona and may appear by phone.  Defendant is **ORDERED** to call the Court at 970.241.2187 at 3:00 p.m. MST.

Dated this 24th day of October, 2011.

BY THE COURT

s/Gudrun J. Rice

---

Gudrun J. Rice
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on October 24, 2011, a true and correct copy of the foregoing Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Michelle Heldmyer
Assistant United States Attorney
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

*Hand Delivered*

Timothy Greer
27006 N 70th Place
Scottsdale, AZ 85266

*By U.S. Mail*

By: _____
Assistant to Magistrate Judge

Magistrate Judge Gudrun J. Rice

FILED
UNITED STATES DISTRICT COURT
GRAND JUNCTION, COLORADO

OCT 17 2011

GREGORY C. LANGHAM
CLERK

My name is Timothy Jon Greer Social Security # 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. I was sentenced in your court to pay a fine of 1,600.00 dollars in a six month time frame. I lost my job at Bravada Yatchs shortly after I was sentenced. I was not able to work sixteen hour days for a six week time period. Since then I have had no luck at all finding a job. I am currently on food stamps & Ahcccs for medical through the state of Arizona. I need at least a year to pay $1600.00 dollars. A six month time frame was not achievable. Could I get an extension for one year please. I do have a disability claim that's been in process for a year and a half.

Thank you for your time

Sincerly, T. Greer

Exhibit "A"