IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   10-mj-00025-GJR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

TIMOTHY J. GREER,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   January 24, 2012**

Review Hearing set for June 05, 2012 at 1:00 p.m. is **VACATED** and

rescheduled to June 12, 2012 at 1:00 p.m.

## Certificate of Mailing

I hereby certify that on January 24, 2012, a true and correct copy of the foregoing Minute Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Michelle Heldmyer
Assistant United States Attorney
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

*Hand Delivered*

Timothy Greer
27006 N 70th Place
Scottsdale, AZ 85266

*By U.S. Mail*

By:  *M. Opolar*
**Assistant to Magistrate Judge**